# UNITED STATES DISTRICT COURT

_____EASTERN_____  District of  _____CALIFORNIA_____

SHARON D. BURRIS WHITTEN,　　　　　　　**ORDER ON APPLICATION**
　　　　Plaintiff　　　　　　　　　　　　　　**TO PROCEED WITHOUT**
　　　　　　　　　　　　　　　　　　　　　　**PREPAYMENT OF FEES**
　　　　V.

COMMISSIONER of SOCIAL SECURITY,　　　CASE NUMBER: 1:09-AT-00928
　　　　Defendant

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X　GRANTED.

　　X　The clerk is directed to file the complaint.

　　X　IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐　DENIED, for the following reasons:

_____

_____

ENTER this __25TH__ day of _____November_____, __2009__.

　　　　　　　　　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　　　　SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　Name and Title of Judicial Officer